Mohamed V. Keita
863 Father Capodanno Blvd.
Staten Island, New York 10305
Telephone (718) 351-1258

RE: OBJECTION To Settlement Case No. 04 CV 4098 Sylvia C. Cohen V. JP Morgan Chase & JP Morgan Chase Bank N.A.. Defendant Must Response In 10 Business Days.

To: Clerk of the Court
U.S. District Court
For The Eastern District of New York
Room 6A, 225 Cadman Plaza East
Brooklyn, New York 11201.

CC: Oren Giskan
Giskan, Solotaroff Anderson & Stewart, LLP
11 Broadway, Suite 2150
New York, New York 10004
Attorney For Class

CC: Noah Levine
Wilmer, Cutler, Pickering, Hale and Dorr LLP
399 Park Avenue, New York, New York 10022
Attorney For Chase

To The Clerk of The Court

I Mohamed V. Keita respectfully wish to file an Objection to settlement Case no. 04CV4098 Sylvia C. Cohen V. JP Morgan Chase & JP Morgan Chase Bank N.A. for the following reasons, but not limited to:

(I) Fail to state number of individuals is class action.

(II) The defendant allegely discriminated and violated Title VI of Civil Rights Act of 1974. And, intentionally holding an insurance proceeds from property damaged (Presidential Declared Disaster - Richmond County April/2007) flooding. The defendant referred me to State Farm Insurance that have not acted in goodfaith on the specific term of flood policy and loss of total use of property (two family) for living.

(III) The defendant Mischief at #38 Seaview avenue, Staten Island, New York 10305 reported on 9/17/08 under police report complaint #10358 with 122 pricint for damages to both doors (up stairs and down stairs) with-out any Court order instructing them to do so. And, property was not abandon.

(IV) Exposed me to financial hardship, negligence, and human suffering with Constructive notices of property Conditions. And, JP Morgan Chase a receipient of Federal Funds.

Werefore, grant me as a relief the full market value of loss property, punative damages, and injunctive relief not less than or beleived to be in excessed of over $1,000,000.00 (one million dollars). And, Other relief the Court may find just and proper.

Signed: [signature]
Mohamed V. Keita

Date: 11/05/09
Richmond County

# CLAIM FORM

*Please provide the following information:*

1. Full name: **Mohammed V. Keita**
2. Current address: **863 Father Capodanno Blvd.**
   Street Address
   **Staten Island**           **New York**    **10305**
   City                          State           Zip Code
3. Current telephone number: **718-351-1258 / 718-448-5703**
4. Name(s) of borrower(s) as it/they appear on the HUD Settlement Statement:
   **Mohammed Keita**
5. The property address subject to the Chase loan, (if different from your current address):
   **738 Seaview Avenue**
   Street Address
   **Staten Island**           **New York**    **10305**
   City                          State           Zip Code

To submit a claim, you must attach a copy of your HUD Settlement Statement (one of the documents you received at the closing of your mortgage loan) along with this claim form. If you cannot locate your HUD Settlement Statement, you may contact the Settlement Administrator at 1-877-435-4063 and request a copy.

**In support of this claim, I state that:**

a) I am/was the mortgagor on a Chase-originated residential mortgage between September 22, 2001 and December 31, 2008;

b) I was charged a Post Closing Fee or Post Closing Review Fee in connection with my Chase residential mortgage loan;

c) I received a closing cost credit or rebate based on my membership in the following group(s) (for example, the American Bar Association, with which Chase had an agreement to provide the closing cost credit):

   _____ (Leave blank if you were not a member of such a group)

(If applicable) I have not attached a copy of my HUD Settlement Statement because

d) I cannot locate the HUD-1 Settlement Statement; and

e) I requested on (Date:) _____, through the telephone number provided on this Claim Form, that the Settlement Administrator provide a copy of my HUD Settlement Statement.

**I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE INFORMATION PROVIDED IN THIS CLAIM FORM IS TRUE AND CORRECT**

Signed: [signature]                Date: **11/9/09**

Notary Public - State of New York
NO. 01SP6064401
Qualified in Richmond County
My Commission Expires _____

Send this Claim Form, along with your HUD Settlement Statement, to this address:
Cohen Settlement Administrator
P.O. Box 2250
Faribault, MN 55021-1650

Your claim form must be postmarked by February 20, 2010. If it is received late, it will not be processed.

IF YOU HAVE ANY QUESTIONS REGARDING THIS CLAIM FORM, YOU MAY CONTACT CLASS COUNSEL AT 1-877-647-5480

GRACE V. MATTEI

## A. Settlement Statement

WinClose
Fee Simple Software, Inc.
(205) 823-3993

U.S. Department of Housing
and Urban Development
OMB No. 2502-0265

**B. TYPE OF LOAN**

1. ☐ FHA  2. ☐ FmHA  3. ☑ Conv. Unins.
4. ☐ VA   5. ☐ Conv. Ins.

File Number: 06098593
Loan Number: 32309607
FHA/VA Case Number:
Mortgage Ins. Number:

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "POC" were paid outside of closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER:**
Mohammed Keita
738 Seaview Avenue
Staten Island, New York 10305

**E. NAME AND ADDRESS OF SELLER:** (SELLER TIN: )
Richard Maltifano, Jr.
441 N. Lake Barnebut Drive
Forked River, NJ 08731

**F. NAME AND ADDRESS OF LENDER:**
JP Morgan Chase Bank, NA
1 Chase Manhattan Plaza
New York, NY 10081

**G. PROPERTY LOCATION:** Tax ID:
738 Seaview Avenue
Staten Island, New York 10305

**H. SETTLEMENT AGENT:** (TIN- 13-4154653 )
Menicucci Villa & Associates PLLC
2040 Victory Blvd.
Staten Island, New York 10314

**PLACE OF SETTLEMENT:**
2040 Victory Blvd.
Staten Island, New York 10314

**I. SETTLEMENT DATE:** October 25, 2006
Disbursement Date: October 25, 2006

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | $498,200.00 | 401. Contract sales price | $498,200.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 13,518.57 | 403. * (Gross Proceeds- $498,200.00 ) | |
| 104. | | 404. | |
| 105. | | 405. | |
| ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | | ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. taxes | 356.00 | 409. Taxes | 356.00 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER: | 512,074.57 | 420. GROSS AMOUNT DUE TO SELLER: | 498,556.00 |
| 200. AMOUNTS PAID ON OR ON BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | $1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $398,560.00 | 502. Settlement charges to seller (line 1400) | 8,651.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. proceeds from 2nd loan | 74,730.00 | 504. Payoff 1st mortgage loan IndyMac Bank | 366,540.13 |
| 205. | | 505. Payoff 2nd mortgage loan IndyMac Bank | 20,520.31 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. property disclosure | 500.00 | 513. property disclosure | 500.00 |
| 214. water | 206.00 | 514. water | 206.00 |
| 215. Sellers concession | 14,946.00 | 515. Sellers concession | 14,946.00 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |

