IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SYLVIA C. COHEN, On Behalf of Herself and All  :  04-CV-4098 (ILS/RLM)
Other Persons Similarly Situated,              :
                                               :
                        Plaintiff,             :
                                               :
vs.                                            :
                                               :
JP MORGAN CHASE & CO. and JP MORGAN            :
CHASE BANK,                                    :
                                               :
                        Defendants.            :
-----------------------------------------------------------------x

## NOTICE OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that the upon the Plaintiff's Memorandum of Law in Support of Final Approval of Class Action Settlement and all supporting affidavits submitted herewith, Plaintiff will move on December 22, 2009 at 4:30 p.m, in the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, Courtroom 8B, for entry of an Order approving as final the Settlement of this Class Action, and dismissing this action with prejudice.

Dated:   December 18, 2009                  Respectfully Submitted,
         New York, New York

                                            *[signature]*

                                            Oren S. Giskan (OG 3667)
                                            Catherine E. Anderson (CA 5129)
                                            Giskan Solotaroff Anderson
                                                & Stewart LLP
                                            11 Broadway, Suite 2150
                                            New York, New York 10004
                                            (212) 847-8315

                                            *Counsel for Plaintiff*