WILMERHALE

**Noah Levine**

+1 212 230 8875 (t)
+1 212 230 8888 (f)
noah.levine@wilmerhale.com

February 2, 2010

**BY ECF**

Honorable I. Leo Glasser
United States District Court
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Cohen v. JPMorgan Chase & Co. et al.*, No. 04 Civ. 4098 (ILG) (RLM)

Dear Judge Glasser:

We write jointly to inform the Court that, following mediation before Magistrate Judge Mann, the parties have agreed to settle their dispute concerning an award for attorneys' fees and expenses to class counsel.  Magistrate Judge Mann held a mediation conference on January 28, 2010, and the parties agreed on an award of $3 million in fees and expenses.

By this letter, class counsel respectfully amends its Motion for Approval of Class Counsel's Request for Fees and Expenses (Dkt. No. 100) to request an award of $3 million in fees and expenses.  Also by this letter, Defendants agree to that $3 million award.

A proposed order is provided as Exhibit A to this letter.

Respectfully submitted,

/s/ Noah Levine                                    /s/ Oren Giskan
Noah Levine                                         Oren Giskan
Wilmer Cutler Pickering Hale and Dorr LLP          Giskan Solotaroff Anderson & Stewart LLP
*Counsel for defendants JPMorgan Chase &*          *Class counsel*
*Co. and JPMorgan Chase Bank, N.A.*

encl.

cc:     Oren Giskan (by ECF and e-mail)
        Catherine Anderson (by ECF and e-mail)