UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
SYLVIA C. COHEN,

        Plaintiff,

  -against-

JP MORGAN CHASE & CO., et al.,

        Defendants.
-----------------------------------------------x

SCHEDULING ORDER
04 CV 4098 (ILG)

GLASSER, United States District Judge:

    A letter dated October 22, 2010, was received in Chambers this morning which requests that the "Claims Period" be reopened and extended. The writer also states his intention to move to "set aside, modify or condition the settlement and award of fees." A copy of the letter is attached.

    I construe this letter to be a motion for the relief requested, so that the matter can be addressed and determined in an orderly fashion and not resolved by pen pal correspondence.

    Toward that end, counsel for the parties are directed to respond on or before twenty days from the date hereof.

    SO ORDERED.

Dated:    Brooklyn, New York
           October 25, 2010

                                    S/
                                I. Leo Glasser