UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------x
SYLVIA C. COHEN,

               Plaintiff,

-against-

JP MORGAN CHASE & CO., et al.,

               Defendants.
----------------------------------------------x
GLASSER, United States District Judge:

ORDER
04 CV 4098 (ILG)

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y
NOV 12 2010 ★
BROOKLYN OFFICE

    A letter dated October 22, 2010, from a member of the class, Mitch Shornick, was received in Chambers (1) requesting that his claim to the portion of the settlement fund to which he is entitled be paid, and (2) objecting to the payment of the attorneys' fees and expenses of Class Counsel.  The letter was deemed a motion and counsel for the parties were directed to respond and both did.

    As regards his request for payment of his claim, the Court is advised that notwithstanding that it is made late by approximately two months, the claims administrator was directed to pay it with interest, and it was.  The payment was directed based upon a very liberal determination that the circumstances for the delay were extenuating.  As regards his objection to the payment of counsel's fees and his intimation that he may move to set aside or modify the settlement, a final judgment has been entered based upon the finding that the settlement was fair, reasonable and in the best interests of the class following a consideration of the submission of the parties and a final approving hearing.

His motion, is, for the foregoing reasons, denied.

Dated:     Brooklyn, New York
           November 12, 2010

                                                        S/ILG
                                               _____
                                               I. Leo Glasser